UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASMINE MALSEED | CIVIL ACTION - LAW |
| Plaintiff, | **NO. 1:23-CV-01329** |
| v. | **JURY TRIAL DEMANDED** |
| PENBROOK BOROUGH, SUSQUEHANNA TOWNSHIP, DAUPHIN COUNTY, OFFICER ISAAC TRITT, SERGEANT AARON OSMAN AND RYAN LINDSLEY | |
| Defendants. | |

## <u>STIPULATION</u>

The parties to this action, through their undersigned counsel, hereby stipulate that Plaintiff's civil action Complaint does not claim punitive damages against Defendants Penbrook Borough, Susquehanna Township, and Dauphin County (collectively referred to as "Municipal Defendants").[1] Insofar as Plaintiff's Complaint could be construed to claim punitive damages against any of the Municipal Defendants, the parties agree that such claims are dismissed with prejudice under Fed. R.C.P. 41(a)(1)((a)(ii)).   Each party will bear its own costs in connection with this stipulation. The signature page of this stipulation may be

---

[1] "A stipulation is 'a voluntary agreement between opposing parties concerning the same relevant point.." US. v. Gillette, 738 F.3d 63, 75 (3d Cir. 2013) (quoting Black's Law Dictionary 1550 (9th ed. 2009))

countersigned and transmitted by means of email or facsimile. Each such signature page shall be considered part of the original document.

(signature page follows)

**GUZZARDO & ASSOCIATES LLC**

**FOWLER HIRTZEL MCNULTY & SPAULDING, LLC**

Joseph P. Guzzardo, Esq.
Attorney for Plaintiff

Benjamin P. Novak, Esq.
Attorneys for Defendants Penbrook
Borough and Issac Tritt

Date: October 4, 2023

Date: October 3, 2023

**MacMAIN LEINHAUSER PC**

David J. MacMain, Esq..
Attorney for Defendants Susquehanna
Township, Aaron Osman, and Ryan
Lindsley

Date: