United States District Court
Middle District of Pennsylvania

| | | |
|---|---|---|
| Jasmine Malseed, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Penbrook Borough, | ) | Docket No. 1:23-cv-01329-CCC |
| Susquehanna Township, | ) | |
| Dauphin County, | ) | |
| Officer Isaac Tritt, | ) | |
| Sergeant Aaron Osman, and | ) | |
| Ryan Lindsley, | ) | |
| | ) | |
| Defendants. | ) | |

**Stipulation Regarding Dismissal of Defendant Dauphin County**

WHEREAS, Defendants Dauphin County, Penbrook Borough, Susquehanna Township, Officer Isaac Tritt, Sergeant Aaron Osman, and Ryan Lindsley hereby stipulate that Dauphin County did not participate in, and has no authority to, hire, train, supervise, or discipline employees of Penbrook Borough and Susquehanna Township at any time relevant to this action; and

WHEREAS, the Defendants further stipulate that Dauphin County did not create or contribute to the policies, customs, or practices of Penbrook Borough and Susquehanna Township at any time relevant to this action;

1

THEREFORE, it is hereby stipulated and agreed that, under Federal Rule of Civil Procedure 41(a)(1)(A), Dauphin County is dismissed from this action.

| | |
|---|---|
| Date: December 1, 2023 | Respectfully submitted, |

/s/ Benjamin Novak
Benjamin Novak
Gregory S. Hirtzel
Fowler Hirtzel McNulty & Spaulding, LLC
1860 Charter Lane, Ste. 301
Lancaster, PA 17601

*Attorneys for Defendants Penbrook Borough and Officer Isaac Tritt*

/s/ Donald L. Carmelite
Donald L. Carmelite
Yael L. Dadoun
Marshall Dennehey, P.C.
100 Corporate Center Drive, Ste. 201
Camp Hill, PA 17011

*Attorneys for Defendant Dauphin County*

/s/ Matthew S. Polaha
Matthew S. Polaha
David J. MacMain
MacMain Leinhauser PC
433 W Market St., Ste. 200
West Chester, PA 19382

*Attorneys for Defendants Susquehanna Township, Sgt. Aaron Osman, and Ryan Lindsley*

*/s/ Joseph P. Guzzardo*
Joseph P. Guzzardo (ID # 95089)
Guzzardo & Associates LLC
121 S. Broad Street, Ste. 1600
Philadelphia, PA 19107
Telephone: (215) 718-6691
jguzzardo@guzzardolaw.com

Johson and Webbert LLP
1 Bowdoin Mill Island #300
Topsham, ME 04086
Telephone: (207) 623-5110
jguzzardo@work.law

Braden A. Beard (pro hac vice)
Sarah K. Austin (pro hac vice)
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, ME 04086
Telephone: (207) 623-5110
bbeard@work.law
saustin@work.law

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on December 1, 2023, I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Date: December 1, 2023        */s/ Joseph P. Guzzardo*
Joseph P. Guzzardo
Guzzardo & Associates LLC
121 S. Broad Street, Ste. 1600
Philadelphia, PA 19107
Telephone: (205) 718-6691
jguzzardo@guzzardolaw.com