# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASMINE MALSEED,** | : | **CIVIL ACTION NO. 1:23-CV-1329** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **PENBROOK BOROUGH, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 4th day of December, 2023, upon consideration of the parties' joint stipulation (Doc. 31) dismissing defendant Dauphin County from the above-captioned civil action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and further upon consideration of Dauphin County's motion (Doc. 22) to dismiss plaintiff Jasmine Malseed's claims against it, and the court noting that the entry of a stipulation of dismissal "is effective automatically," see State Nat'l Ins. Co. v. Cnty. of Camden, 824 F.3d 399, 406 (3d Cir. 2016) (quoting First Nat'l Bank of Toms River, N.J. v. Marine City, Inc., 411 F.2d 674, 677 (3d Cir. 1969)), it is hereby ORDERED that Dauphin County's motion (Doc. 22) to dismiss is DENIED as moot.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania