

**Matthew S. Polaha**
*Attorney*
mpolaha@macmainlaw.com
Direct: 484-463-1014

433 W. Market Street, Suite 200
West Chester, PA 19382

July 3, 2024

**Via ECF**
The Honorable William I. Arbuckle
United States Magistrate Judge for the Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street
Suite 218
Williamsport, PA 17701

    **Re:** *Jasmine Malseed v. Susquehanna Township, et al.*
          **U.S.D.C. for the M.D. of PA**
          **Docket No. 23-cv-01329**

Your Honor,

    Along with David J. MacMain, Esq., we represent Defendants Susquehanna Township, Sergeant Aaron Osman, and Officer Ryan Lindsley (collectively "Susquehanna Defendants"). I write to respectfully notify the Court that Susquehanna Defendants join in counsel for Penbrook Defendants Isaac Tritt and Penbrook Borough's subpoena and arguments for the deposition of Malik Warren. *See* ECF 85.

    Thank you for your attention to this matter.

                                 Respectfully yours,

                                 */s/ Matthew S. Polaha*

                                 Matthew S. Polaha

MSP/jnd
cc:    Gregory S. Hirtzel, Esquire    *(all via ECF)*
       Braden Beard, Esquire
       Joseph P Guzzardo, Esquire