United States District Court
Middle District of Pennsylvania

| | |
|---|---|
| Jasmine Malseed, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|    v. | )  Docket No. 1:23-cv-01329-CCC |
| | ) |
| Penbrook Borough, et al. | ) |
| | ) |
|       Defendants. | ) |

## ORDER

And now, this 12th day of August, 2024, upon consideration of the parties' Joint Motion for Stay of All Deadlines Pending Completion of Settlement Negotiations (ECF No. 96), that Motion is GRANTED, and all pending discovery-related and Court-ordered deadlines are hereby stayed. The parties are directed to file a joint status report no later than September 6, 2024, updating the Court on the status of the settlement negotiations and informing the Court whether the stay should be lifted.

By the Court:

/s/ Christopher C. Conner
―――――――――――――――――――
THE HONORABLE CHRISTOPHER C. CONNER