United States District Court
Middle District of Pennsylvania

| | |
|---|---|
| Jasmine Malseed, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|       v. | )    Docket No. 1:23-cv-01329-CCC |
| | ) |
| Penbrook Borough, et al. | ) |
| | ) |
|       Defendants. | ) |

### Notice of Settlement and Joint Motion to Extend Stay of All Deadlines Pending Completion of Settlement

Under the Court's direction in its November 5, 2024 Order, the parties jointly submit the following:

1. On November 8, 2024, the parties participated in a successful mediation with the Hon. Lawrence F. Stengel (Ret.). The parties agreed to the principal terms of a settlement that will result in the voluntary dismissal of Defendants Sergeant Aaron Osman and Officer Ryan Lindsley by stipulation to be executed by the parties, and, after completion of all settlement conditions, dismissal of the case with prejudice. The parties are in the process of drafting and executing comprehensive settlement agreements.

2. To allow the parties time to finalize and execute the settlement agreements and to satisfy all conditions for dismissal, the parties request

that the stay in this case be continued for an additional six weeks until December 27, 2024.

Because good cause has been shown, the parties respectfully request that the Court grant this motion and approve the extension as requested.

Date: November 14, 2024                     Respectfully submitted,

*/s/ Joseph P. Guzzardo*
Joseph P. Guzzardo (ID # 95089)
Guzzardo & Associates LLC
121 S. Broad Street, Ste. 1600
Philadelphia, PA 19107
Telephone: (215) 718-6691
jguzzardo@guzzardolaw.com

Johson and Webbert LLP
1 Bowdoin Mill Island Ste. 300
Topsham, ME 04086
Telephone: (207) 623-5110
jguzzardo@work.law

Braden A. Beard (pro hac vice)
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, ME 04086
Telephone: (207) 623-5110
bbeard@work.law

*Attorneys for Plaintiff*

*/s/ David J. MacMain*
David J. MacMain
Matthew S. Polaha
Attorney I.D. Nos. 59320 / 320674
433 W. Market Street, Suite 200
West Chester, PA 19382

Telephone: (484) 318-7106
Fax: (484) 328-3996
dmacmain@macmainlaw.com
mpolaha@macmainlaw.com

*Attorneys for Defendants Susquehanna Township, Sgt. Aaron Osman, and Officer Ryan Lindsley*


*/s/ Benjamin P. Novak*
Benjamin P. Novak, Esq. (ID #326182)
1860 Charter Lane, Suite 201
Lancaster, PA 17601
Phone: (717) 696-0551
Fax: (717) 229-1239
bnovak@fhmslaw.com

*Attorneys for Defendants Penbrook Borough and Officer Isaac Tritt*

## Certificate of Service

I hereby certify that on November 14, 2024, I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Date: November 14, 2024            /s/ Joseph P. Guzzardo
                                                                Joseph P. Guzzardo
                                                                 Guzzardo & Associates LLC
                                                                 121 S. Broad Street, Ste. 1600
                                                                 Philadelphia, PA 19107
                                                                 Telephone: (205) 718-6691
                                                                 jguzzardo@guzzardolaw.com