IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASMINE MALSEED,** | : | CIVIL ACTION NO. 1:23-CV-1329 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **PENBROOK BOROUGH**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 15th day of November, 2024, upon consideration of the parties' notice of settlement and joint motion (Doc. 102) to extend the stay of all deadlines pending completion of settlement, wherein the parties request extension of the stay entered in this matter on September 6, 2024, (see Doc. 99), and extended on November 5, 2024, (see Doc. 101), to allow them "time to finalize and execute the settlement agreements and to satisfy all conditions for dismissal," (see Doc. 102 ¶ 2), it is hereby ORDERED that:

1. The parties' joint motion (Doc. 102) is GRANTED.

2. The Clerk of Court is directed to mark this matter CLOSED for statistical purposes only, without prejudice to any party's right to reopen this case if settlement is not consummated.

3. The parties shall, as soon as practicable, submit an appropriate dismissal filing in accordance with Federal Rule of Civil Procedure 41(a).[1]

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania

---

[1] Rule 41 contemplates three methods of dismissal. Before an answer or summary judgment motion has been filed, an action can be dismissed by a notice of dismissal signed by the plaintiff alone. See FED. R. CIV. P. 41(a)(1)(A)(i). After an answer or motion for summary judgment has been filed, the parties can dismiss a case by filing a stipulation of dismissal signed by all parties to have appeared. See FED. R. CIV. P. 41(a)(1)(A)(ii). Either of these filings operates to close the case and end the court's jurisdiction without further court action; as such, no proposed order or signature line for judicial approval is required. For any dismissal that is conditional or otherwise requires court approval, including, for example, a request that the court retain jurisdiction for a specific period of time for enforcement of the settlement, the plaintiff shall submit a motion to dismiss setting forth the requested terms for dismissal, accompanied by a proposed order. See FED. R. CIV. P. 41(a)(2).