IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASMINE MALSEED, | : |
| Plaintiff, | : |
| v. | : |
| | : CIVIL ACTION |
| | : DOCKET NO. 23-01329 |
| PENBROOK BOROUGH, | : |
| SUSQUEHANNA TOWNSHIP, | : |
| OFFICER ISSAC TRITT, | : |
| SERGEANT AARON OSMAN, | : |
| AND RYAN LINDSLEY, | : |
| Defendants. | : |

## STIPULATION OF PARTIAL VOLUNTARY DISMISSAL

The undersigned parties hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that any and all claims in Plaintiff, Jasmine Malseed's Amended Complaint (ECF. No. 71) against Defendants Sergeant Aaron Osman and Officer Ryan Lindsley are hereby voluntarily dismissed with prejudice in their entirety. Defendants Penbrook Borough, Officer Isaac Tritt, and Susquehanna Township remain as a parties for settlement.

Respectfully submitted,

**MacMAIN LEINHAUSER PC**

Dated: November 21, 2024      By: */s/ David J. MacMain*
                                  David J. MacMain

1

        Matthew S. Polaha
        Attorney I.D. Nos. 59320 / 320674
        433 W. Market Street, Suite 200
        West Chester, PA 19382
        (o) 484-318-7106
        (f) 484 328-3996
        dmacmain@macmainlaw.com
        mpolaha@macmainlaw.com
        *Attorneys for Defendants*
        *Susquehanna Township, Sgt. Aaron*
        *Osman, and Officer Ryan Lindsley*

        **JOHNSON & WEBBERT, LLP**

Dated: November 21, 2024      */s/ Braden Beard*
        Joseph P. Guzzardo, Esquire
        Braden Beard, Esquire
        1 Bowdoin Mill Island, Suite 3
        Topsham, ME 04086
        (o) 207-623-5110
        jguzzardo@work.law
        bbeard@work.law
        *Attorneys for Plaintiff*

        **FOWLER HIRTZEL MCNULTY**
        **& SPAULDING, LLP**

Dated: November 21, 2024      */s/ Benjamin Novak*
        Gregory S. Hirtzel, Esquire
        Benjamin P. Novak, Esquire
        1860 Charter Lane, Suite 201
        Lancaster, PA 17601
        (o) 215 789-4848
        GHirtzel@fhmslaw.com
        BNovak@fhmslaw.com
        *Attorneys for Co-Defendants*
        *Penbrook Borough and*
        *Officer Issac Tritt*

3

**APPROVED BY THE COURT:**

_____
**HON. CHRISTOPHER C. CONNOR**

# CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 21st day of November, 2024, a copy of the foregoing *Stipulation of Partial Voluntary Dismissal* was served upon the following via ECF Notification:

Joseph P Guzzardo, Esquire
Guzzardo & Associates
121 S. Broad Street, Suite 1600
Philadelphia, PA 19107
*Attorney for Plaintiff*

Braden Beard, Esquire
Sarah Austin, Esquire
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Suite 3
Topsham, ME 04086
*Attorneys for Plaintiff, Pro Hac Vice*

Gregory S. Hirtzel, Esquire
Benjamin P. Novak, Esquire
Fowler Hirtzel McNulty & Spaulding, LLP
1860 Charter Lane
Suite 201
Lancaster, PA 17601
*Attorneys for Co-Defendants Penbrook Borough and Officer Issac Tritt*

Respectfully submitted,

**MacMAIN LEINHAUSER PC**

By:   */s/ David J. MacMain*
David J. MacMain
Matthew S. Polaha
Attorney I.D. Nos. 59320 / 320674
433 W. Market Street, Suite 200
West Chester, PA 19382
(o) 484-318-7106
(f) (484) 328-3996
dmacmain@macmainlaw.com
mpolaha@macmainlaw.com
*Attorneys for Defendants Susquehanna Township, Sgt. Aaron Osman, and Officer Ryan Lindsle*