# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASMINE MALSEED, | : |
| Plaintiff, | : |
| v. | : |
| | : CIVIL ACTION |
| | : DOCKET NO. 23-01329 |
| PENBROOK BOROUGH, | : |
| SUSQUEHANNA TOWNSHIP, | : |
| OFFICER ISSAC TRITT, | : |
| SERGEANT AARON OSMAN, | : |
| AND RYAN LINDSLEY, | : |
| Defendants. | : |

## **STIPULATION OF PARTIAL VOLUNTARY DISMISSAL**

The undersigned parties hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that any and all claims in Plaintiff, Jasmine Malseed's Amended Complaint (ECF. No. 71) against Defendants Sergeant Aaron Osman and Officer Ryan Lindsley are hereby voluntarily dismissed with prejudice in their entirety. Defendants Penbrook Borough, Officer Isaac Tritt, and Susquehanna Township remain as a parties for settlement.

Respectfully submitted,

**MacMAIN LEINHAUSER PC**

Dated: <u>November 21, 2024</u>    By:   <u>/s/ David J. MacMain</u>
                                         David J. MacMain

1

          Matthew S. Polaha
          Attorney I.D. Nos. 59320 / 320674
          433 W. Market Street, Suite 200
          West Chester, PA 19382
          (o) 484-318-7106
          (f) 484 328-3996
          dmacmain@macmainlaw.com
          mpolaha@macmainlaw.com
          *Attorneys for Defendants*
          *Susquehanna Township, Sgt. Aaron*
          *Osman, and Officer Ryan Lindsley*

          **JOHNSON & WEBBERT, LLP**

Dated: November 21, 2024     */s/ Braden Beard*
          Joseph P. Guzzardo, Esquire
          Braden Beard, Esquire
          1 Bowdoin Mill Island, Suite 3
          Topsham, ME 04086
          (o) 207-623-5110
          jguzzardo@work.law
          bbeard@work.law
          *Attorneys for Plaintiff*

          **FOWLER HIRTZEL MCNULTY**
          **& SPAULDING, LLP**

Dated: November 21, 2024     */s/ Benjamin Novak*
          Gregory S. Hirtzel, Esquire
          Benjamin P. Novak, Esquire
          1860 Charter Lane, Suite 201
          Lancaster, PA 17601
          (o) 215 789-4848
          GHirtzel@fhmslaw.com
          BNovak@fhmslaw.com
          *Attorneys for Co-Defendants*
          *Penbrook Borough and*
          *Officer Issac Tritt*

3

**APPROVED BY THE COURT:**

 /s/ Christopher C. Conner
_____
**HON. CHRISTOPHER C. CONNER**


## CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 21st day of November, 2024, a copy of the foregoing *Stipulation of Partial Voluntary Dismissal* was served upon the following via ECF Notification:

Joseph P Guzzardo, Esquire
Guzzardo & Associates
121 S. Broad Street, Suite 1600
Philadelphia, PA 19107
*Attorney for Plaintiff*

Braden Beard, Esquire
Sarah Austin, Esquire
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Suite 3
Topsham, ME 04086
*Attorneys for Plaintiff, Pro Hac Vice*

Gregory S. Hirtzel, Esquire
Benjamin P. Novak, Esquire
Fowler Hirtzel McNulty & Spaulding, LLP
1860 Charter Lane
Suite 201
Lancaster, PA 17601
*Attorneys for Co-Defendants Penbrook Borough and Officer Issac Tritt*

Respectfully submitted,

**MacMAIN LEINHAUSER PC**

By:   */s/ David J. MacMain*
David J. MacMain
Matthew S. Polaha
Attorney I.D. Nos. 59320 / 320674
433 W. Market Street, Suite 200
West Chester, PA 19382
(o) 484-318-7106
(f) (484) 328-3996
dmacmain@macmainlaw.com
mpolaha@macmainlaw.com
*Attorneys for Defendants Susquehanna Township, Sgt. Aaron Osman, and Officer Ryan Lindsle*