United States District Court
Middle District of Pennsylvania

| | |
|---|---|
| Jasmine Malseed, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Docket No. 1:23-cv-01329-CCC |
| | ) |
| Penbrook Borough, et al. | ) |
| | ) |
|     Defendants. | ) |

### Stipulation of Voluntary Dismissal

The undersigned parties hereby stipulate and agree under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this matter is voluntarily dismissed, with prejudice, against all Defendants, and without attorney's fees or costs to any party.

Date: January 8, 2025

Respectfully submitted,

*/s/ Joseph P. Guzzardo*
Joseph P. Guzzardo (ID # 95089)
Guzzardo & Associates LLC
121 S. Broad Street, Ste. 1600
Philadelphia, PA 19107
Telephone: (215) 718-6691
jguzzardo@guzzardolaw.com

Johson and Webbert LLP
1 Bowdoin Mill Island Ste. 300
Topsham, ME 04086
Telephone: (207) 623-5110
jguzzardo@work.law

Braden A. Beard (pro hac vice)
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, ME 04086
Telephone: (207) 623-5110
bbeard@work.law

*Attorneys for Plaintiff*

*/s/ David J. MacMain*
David J. MacMain
Matthew S. Polaha
Attorney I.D. Nos. 59320 / 320674
433 W. Market Street, Suite 200
West Chester, PA 19382
Telephone: (484) 318-7106
Fax: (484) 328-3996
dmacmain@macmainlaw.com
mpolaha@macmainlaw.com

*Attorneys for Defendants Susquehanna Township, Sgt. Aaron Osman, and Officer Ryan Lindsley*

*/s/ Benjamin P. Novak*
Benjamin P. Novak, Esq. (ID #326182)
1860 Charter Lane, Suite 201
Lancaster, PA 17601
Phone: (717) 696-0551
Fax: (717) 229-1239
bnovak@fhmslaw.com

*Attorneys for Defendants Penbrook Borough and Officer Isaac Tritt*


Approved by the Court:

_____
Hon. Christopher C. Conner

2

## Certificate of Service

I hereby certify that on December 13, 2024, I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Date: January 8, 2025　　　　　　　　*/s/ Joseph P. Guzzardo*
　　　　　　　　　　　　　　　　　　Joseph P. Guzzardo
　　　　　　　　　　　　　　　　　　Guzzardo & Associates LLC
　　　　　　　　　　　　　　　　　　121 S. Broad Street, Ste. 1600
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　　　　Telephone: (205) 718-6691
　　　　　　　　　　　　　　　　　　jguzzardo@guzzardolaw.com